# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GARY W. MOODY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RAY LAHOOD in his official capacity as )<br>Secretary of the UNITED STATES )<br>DEPARTMENT OF TRANSPORTATION, )<br>MICHAEL B. CLINE in his official )<br>capacity as the Commissioner of the )<br>INDIANA DEPARTMENT OF )<br>TRANSPORTATION, )<br>ROBERT F. TALLY in his official capacity )<br>as the Division Administrator - Indiana )<br>Department of the FEDERAL HIGHWAY )<br>ADMINISTRATION, )<br>VICTOR MENDEZ in his official )<br>capacity as Administrator of the )<br>FEDERAL HIGHWAY )<br>ADMINISTRATION, )<br>JOSEPH MCGUINNESS in his official )<br>capacity as Mayor of the City of )<br>Franklin, Indiana, )<br>)<br>Defendants. )<br>) | No. 1:12-cv-00907-TWP-DML |

## Entry Directing Further Proceedings

An official capacity suit is the equivalent of a suit against the entity of which the officer is an agent. *Kentucky v. Graham,* 473 U.S. 159, 165 (1985); *Brandon v. Holt,* 469 U.S. 464, 471-72 (1985); *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 71 (1989).

In his complaint, the plaintiff, Mr. Moody, has sued Mr. LaHood, the Secretary of the Department of Transportation and two administrators of that agency. Defendants Mr. LaHood, Mr. Tally and Mr. Mendez, respectively—are each sued in their official capacity. In substance, therefore, the Department of Transportation is being sued three times in the same lawsuit. The redundancy of this effort is evident.

The plaintiff shall have **through 12:00 noon on Friday, September 7, 2012**, in which to either seek to drop defendants Tally and Mendez or show cause why they should not be dropped as defendants because Secretary of Transportation LaHood is already a defendant.

**IT IS SO ORDERED.**

Date: 08/31/2012

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Gary W. Moody
299 1/2 Madison Street
Franklin, IN 46131