**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| GARY W. MOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-907-TWP-DML |
| | ) | |
| MICHAEL B. CLINE, VICTOR MENDEZ and JOSEPH McGINNESS | ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. Judgment is entered for the Defendant(s) and against the Plaintiff. The Plaintiff shall take nothing by his complaint.

Date: 03/27/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

12

DISTRIBUTION:

Gary W. Moody
299½ Madison Street
Franklin, Indiana 46131

Julie E. Lang
OFFICE OF THE INDIANA ATTORNEY GENERAL
julie.lang@atg.in.gov

Timothy J. Junk
OFFICE OF THE INDIANA ATTORNEY GENERAL
tim.junk@atg.in.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov

Lynnette Gray
JOHNSON GRAY & MACABEE
vickyh@jgmlawfirm.com